UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ROSSI, <br><br> Plaintiff(s), <br><br> v. <br><br> ANTHONY DECHELLIS, et al., <br><br> Defendant(s). | Case No. 4:24-cv-01674-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Adam S. Hakki, an active member in good standing of the bar of Southern District of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Morgan Stanley & Co. LLC in the above-entitled action. My local co-counsel in this case is Daniel Hector Rees Laguardia, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 314654.

| | |
|---|---|
| 599 Lexington Ave. New York, NY 10022 | 140 New Montgomery St. 10th Fl, San Francisco, CA 94105 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212 848 4906 | (415) 646-1100 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ahakki@shearman.com | daniel.laguardia@shearman.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: AH3561.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2024

Adam S. Hakki
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Adam S. Hakki is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/12/2024

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE

# United States District Court
### Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ADAM   SELIM   HAKKI_____, Bar # _____AH3561_____

was duly admitted to practice in the Court on

_____December 29, 1998_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.            On    August 24, 2023
            New York, New York

Ruby J. Krajick                    By    s/ D. Shaw
Clerk of Court                           Deputy Clerk